UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| SONIA E. HARDEN<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD FINANCIAL CAPITAL BANK, ALLIANCE DATA SYSTEMS CORPORATION; and DOES 1-10, inclusive,<br><br>    Defendant. | CASE NO.: 3:10-CV-04546-JL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES<br><br>[FILED CONCURRENTLY WITH STIPULATION OF DISMISSAL] |

The Court has reviewed the Stipulation of Plaintiff SONIA E. HARDEN and Defendant WORLD FINANCIAL CAPITAL BANK to dismiss the entire action and all parties. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. The First Cause of Action for Violation of Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* is dismissed, with prejudice;

///

1

2. The Second Cause of Action for Violation of the Rosenthal Fair Debt Collection Practices Act, California *Civil Code* §1788, *et seq.* is dismissed, without prejudice, and

3. Each party shall bear her/its own costs and expenses.

**IT IS SO ORDERED:**

DATED: Januayr 13, 2011

*James Larson*

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

06510.00/170656

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

2